## CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 20-cv-544**

---

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

**vs.**

**Tobacco Spot & More, Inc. and Fatma Ghaleb**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint For Injunctive Relief and Damages**

| | |
|---|---|
| PARTY SERVED: | **TOBACCO SPOT & MORE, INC.** |
| PERSON SERVED: | **KHALID SALEH, MANAGER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **08/04/2020 at 4:45 PM** |
| ADDRESS, CITY AND STATE: | **9012 S HARLEM AVE, BRIDGEVIEW, IL 60455** |
| DESCRIPTION: | Race: **Middle Eastern**  Sex: **Male**  Age: **25+** |
| | Height: **5'8"**  Weight: **170**  Hair: **Black**  Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 8/4/2020.

Signature: *Joseph T Wachowski*

Joseph Wachowski
Registration No: 117-001119

---

CLIENT: **Langone, Johnson & Cassidy, LLC**                                    Job #: **442951**
FILE #: