# CERTIFICATE OF SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | Case #: 20-cv-544 |

**Republic Technologies (NA), LLC and Sream, Inc.**   Plaintiff

vs.

**Tobacco Spot & More, Inc. and Fatma Ghaleb**   Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint For Injunctive Relief and Damages**

| | |
|---|---|
| PARTY SERVED: | **FATMA GHALEB** |
| PERSON SERVED: | **GWOHARAH SALEH, GRANDDAUGHTER/CO-OCCUPANT** |
| METHOD OF SERVICE: | **Substitute -** By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **8/5/2020**. |
| DATE & TIME OF DELIVERY: | **08/04/2020 at 5:01 PM** |
| ADDRESS, CITY AND STATE: | **9423 S 77TH AVE, HICKORY HILLS, IL 60457** |
| DESCRIPTION: | Race: **Middle Eastern**   Sex: **Female**   Age: **19**<br>Height: **5'6"**   Weight: **185**   Hair: **Brown**   Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 8/5/2020.

Signature: *Joseph T Wachowski*

Joseph Wachowski
Registration No: 117-001119