IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:20-cv-544 (Judge Durkin)

REPUBLIC TECHNOLOGIES
(NA), LLC, and SREAM, INC.,

        Plaintiffs,

v.

TOBACCO SPOT & MORE, INC.
and FATMA GHALEB,

        Defendants.
_____/

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

Plaintiffs, by and through their undersigned counsel, bring this motion for entry of default judgment against Defendants. In support of this motion, Plaintiffs state as follows:

1. Defendants have been served in this case on August 4, 2020. ECF No. 15 and 16.

2. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, a party has 21 days to answer or otherwise plead after having been served with summons.

3. The time for the Defendant to have appeared and filed a responsive pleading has expired.

5. Plaintiffs thus move for entry of default pursuant to Fed. R. Civ. P. 55(a).

Whereas no appearance, answer or other pleading has been filed, Plaintiffs request the entry of default against Defendants.

Respectfully Submitted,

s/ Christopher V. Langone
Christopher V. Langone
*Attorney for Plaintiff*
langonelaw@gmail.com
(312) 344-1945

Christopher V. Langone
8926 Greenwood
Niles, IL 60714
langonelaw@gmail.com