**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

REPUBLIC TECHNOLOGIES (NA) LLC                  Case Number: 1:20-cv-544
and SREAM INC.,

                                                Judge Thomas M. Durkin
                          Plaintiffs

TOBACCO SPOT & MORE, INC.
and FATMA GHALEB,

                          Defendants.
_____

**JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default Judgment under Rule 55(b), and after considering the prove-up materials and memorandum submitted by movant, the Court hereby finds, and it is ORDERED:

1.      This matter was filed on January 23, 2020.

2.      Defendant were served 8/17/20. (ECF No. 14 and 15)

3.      Defendants did not appear or answer.

4.      On 12/21/20, this Court entered a default against Defendants pursuant to F.R.C.P. 55(a).

5.      Defendants have failed to appear or answer in this case since the default was entered.

6.      Plaintiffs have sought entry of default judgment and filed prove-up materials and a memorandum of law seeking statutory damages.

7.      In counterfeit trademark cases, the balance in setting statutory damages is providing some measure of compensation and deterrence, without crossing the line into over-

deterrence. See, e.g., *Republic Technologies (NA) LLC v. Smoke Shop for You XX, Inc.* 19 C

8462 (N.D. Ill. 2020) (Chang, J.).

      *8.*      The amount sought by Plaintiffs is consistent with other statutory damage awards

made by judges in this District. See, e.g., *Republic and Sream v. Smoke Shop For You XX, Inc.*

(19-cv-08462)(J. Chang)(awarding $30,000 in statutory damages) and *Roor and Sream v.*

*Lakeview Smoke and Vape, Inc.* (19-cv-06489)(Dow, J.)($30,000 in statutory damages); *Roor*

*and Sream v. Smoker's Zone.* (19-cv-05014)($30,000 in statutory damages).

      *9.*      This amount of statutory provides deterrence but is not an excessive statutory

damages award.

      10.      Accordingly, the Court awards $30,000.00 in statutory damages.

      11.      The Court awards $400 in costs.

      Judgment is entered jointly and separately in favor of Plaintiffs, REPUBLIC

TECHNOLOGIES (NA) LLC and SREAM, INC., against Defendants, TOBACCO SPOT &

MORE, Inc. and FATMA GHALEB, in the amount of $30,400.00.

                ENTERED:

                _____

                Hon. Thomas M. Durkin

                United States District Judge

Dated: January 19, 2021